JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GCIU-EMPLOYER RETIREMENT FUND, et al.,<br><br>                    Plaintiffs,<br><br>         v.<br><br>EAGLE GRAPHICS, INC.,<br><br>                    Defendant. | Case No. CV 23-7492-KK-MARx<br><br>JUDGMENT |

Pursuant to the Order Granting Plaintiffs' Motion for Default Judgment, IT IS HEREBY ADJUDGED that Judgment is entered in favor of plaintiffs GCIU-Employer Retirement Fund and Board of Trustees of the GCIU-Employer Retirement Fund ("Plaintiffs") against defendant Eagle Graphics, Inc. ("Defendant").

Pursuant to this Judgment, Defendant is ORDERED to pay Plaintiffs damages in the amount of $6,638,327.92, plus any post-judgment interest as provided by 28 U.S.C. § 1961 from the date of entry of judgment in this action.

Dated: January 23, 2024

_____
HONORABLE KENLY KIYA KATO
United States District Judge